**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> v. <br><br> CHRISTOPHER HENRY LISTER, SR., <br><br> Defendant/Petitioner. | Case Nos. **EDCV 15-00789-VAP** <br> EDCR 10-00058-VAP <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED.  Petitioner's request for a certificate of appealability is DENIED.  The Court orders that such judgment be entered.

Dated: <u>September 1, 2015</u>

                                            VIRGINIA A. PHILLIPS <br>
                                       United States District Judge